1056

*In the Matter of the Marriage of* JOHANA C. (EATON) WYMAN, *Respondent,* v. DONALD A. EATON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-82042, Gerard M. Shellan, J., entered May 31, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, A.C.J., and Andersen, J.

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH R. BADTEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, Nos. 69780, 71135, Frank D. Howard, J., entered May 25, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, A.C.J., and Dore, J.

THE STATE OF WASHINGTON, *Respondent,* v. CARL D. PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81343, Frank J. Eberharter, J., entered June 8, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, A.C.J., and Dore, J.